1. Counsel should also be sure to file a clean copy, not the one currently attached to the

---

Nathaniel **ROBERTS**, et al., **Plaintiff(s)**,

v.

**MAHONING COUNTY, etc.,** et al., **Defendant(s).**

**No. 4:03 CV 2329.**

United States District Court, N.D. Ohio, Eastern Division.

Aug. 2, 2006.

Robert P. Armbruster, Armbruster, Kelley, Kot, Honeck & Baker, Akron, OH, for Plaintiffs.

Sharon K. Hackett, Linette M. Stratford, Paul J. Gains, Office of the Prosecuting Attorney, Youngstown, OH, Daniel T. Downey, Mark D. Landes, Isaac, Brant, Ledman & Teetor, Columbus, OH, Thomas N. Michaels, Cleveland, OH, for Defendants.

Thomas Kelley, Armbruster, Kelley, Kot, Honeck & Baker, Akron, OH.

BATCHELDER, DOWD and POLSTER, District Judges.

### ORDER

PER CURIAM.

Before the Court is the motion to intervene filed by the City of Youngstown pursuant to 18 U.S.C. § 3626(a)(3)(F). (Doc. No. 207). The motion is granted.

Counsel for the City of Youngstown is directed to file the Complaint in Intervention which was attached to the motion,[1]

---

motion, which contains an automatic header labeling it as Doc. No. 207–3. The ECF system will attached a new header once the new document is filed.

taking care to use the event "Intervenor's Complaint" when making this electronic filing.

IT IS SO ORDERED.